**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

1. BRENDA LOPEZ TINTOS,
Plaintiff,

v.

1. STATE OF OKLAHOMA, *ex rel.*, BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA a/k/a UNIVERSITY OF OKLAHOMA HSC,

Case No. CIV-13-1354-F

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** the parties and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 25th DAY OF SEPTEMBER, 2014.**

s/ Amber L. Hurst
Mark Hammons, OBA No. 3784
Amber Hurst, OBA No. 21231
HAMMONS, GOWENS, HURST & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: Amberh@hammonslaw.com
*Counsel for Plaintiff*

s/ Gus H. Buthman
(*Signed by filing counsel with permission of Mr. Buthman)*
Shawnae E. Robey, OBA No. 19195
Gus H. Buthman, OBA No. 22089
Eric A. Moen, OBA No. 31155
Office of Legal Counsel
University of Oklahoma
660 Parrington Oval, Suite 213
Norman, Oklahoma 73019
Telephone: (405) 325-4124
Facsimile: (405) 325-7681
Email: srobey@ou.edu
gbuthman@ou.edu
emoen@ou.edu
*Counsel for Defendant*